# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARDO GOMEZ, | : |
| Plaintiff | : |
| | : CIVIL ACTION NO. 3:17-CV-2047 |
| v. | : |
| | : (Judge Caputo) |
| JOHN DOE, *et al.*, | : |
| Defendants | : |

## O R D E R

**AND NOW**, this **29th** day of **JANUARY, 2018**, for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

1. Mr. Gomez's motion (ECF No. 10) for enlargement of time to file a brief in opposition to Defendant Varner's motion to dismiss is **DENIED**.

2. Mr. Gomez's motion to remand (ECF No. 16) is **DENIED**.

3. Mr. Gomez's motions (ECF Nos. 14 and 17) to file an amended complaint are **GRANTED**.

4. Within forty-five (45) days from the date of this order, Mr. Gomez may file an amended complaint in this action in accordance with the foregoing Memorandum.

5. Mr. Gomez's failure to file a timely amended complaint as directed will result in this action being dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons set for the in the Court's December 19, 2017 Memorandum and Order granting Defendant Varner's motion to dismiss. *See* ECF Nos. 7 and 8.

6. The Clerk of Court shall strike Mr. Gomez's discovery requests (ECF Nos. 12 and 13) from the docket and return copies to Plaintiff.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**